141 P.3d 499

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## August 22, 2006

| 26956 | State v. Dulatre | Affirmed |
| 26895 | State v. Shores | Affirmed |

## August 23, 2006

| 27015 | Aquarian Foundation v. Association of Apartment Owners of Waikiki Park Heights | Affirmed |
| 27432 | State v. Pilon | Affirmed |

## August 25, 2006

| 27441 | Calderwood v. State | Affirmed |
| 27188 | O'Neill v. State | Affirmed |
| 27372 | Tupuola v. State | Affirmed |

## August 29, 2006

| 26003 | Berbig v. Jensen | Affirmed |
| 27090 | State v. Mudrick | Affirmed, Vacated and Remanded |
| 25839 | State v. Takara | Affirmed |

## August 31, 2006

| 27574 | State v. Wang | Affirmed |

## September 1, 2006

| 26991 | Brantley v. State | Affirmed |
| 26322 | Galdeira v. Student Transp., Inc. | Affirmed |
| 26946 | State v. Thomas | Affirmed |